DOROTHY MAHNKEN, as Administratrix of the Estate of DONALD MAHNKEN, Deceased, Appellant, v. EDWARD SLANE, an Infant, et al., Respondents.— In an action to recover damages for the death of plaintiff's intestate, the plaintiff appeals from so much of an order as denies her motion for leave to serve an amended complaint. Order insofar as appealed from affirmed, without costs. No opinion. Nolan, P. J., Adel, Wenzel, MacCrate and Beldock, JJ., concur.

■

GABRIEL MASI, Respondent, v. THOMAS J. TAGLIANETTI et al., Appellants.— This action to set aside a certain transaction on the ground of fraud, and for incidental relief, in which defendant Taglianetti interposed four counterclaims, proceeded to inquest after the trial court denied an application made on behalf of defendants for adjournment of the trial. The motion for the order from which defendants appeal is considered by us as an application for a new trial. Order affirmed, with $10 costs and disbursements, unless within twenty days after the entry of the order hereon, appellants file an undertaking for $10,000, with corporate surety, to pay any judgment which may be rendered against them, in which event the order appealed from is reversed, without costs, and appellants' motion for a new trial is granted, without costs. In the interests of justice, appellants ought to have another opportunity to defend on the merits. Nolan, P. J., Adel, Wenzel, Beldock and Murphy, JJ., concur.

■

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. FANNIE BECKER, Appellant.— On October 14, 1952, defendant was convicted in the Court of Special Sessions of the City of New York, Borough of Brooklyn, of the crime of assault in the third degree. On November 19, 1952, she was sentenced to serve three months in the workhouse, operation of which sentence was suspended during good behavior. On October 19, 1953, that sentence was revoked on motion of the District Attorney, Kings County. On October 28, 1953, the defendant was resentenced to pay a fine of $200 or to serve sixty days and in addition to serve six months in the workhouse; operation of the six months' sentence was suspended. The fine was paid. Defendant appeals from the judgment of conviction and from the resentence. Judgment unanimously affirmed. No opinion. No separate appeal lies from the resentence, which has been reviewed on the appeal from the judgment. Present— Nolan, P. J., Wenzel, MacCrate, Schmidt and Murphy, JJ.